UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL GENE HOFFMAN,

Defendant.

CASE NO. CR06-5536RBL

INITIAL ORDER RE:
ALLEGATIONS OF VIOLATION OF
CONDITIONS OF SUPERVISION

THIS MATTER comes on for an initial hearing on the Petition of the United States
Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Kurt Larson.

The defendant appears personally and represented by counsel, Colin Fieman.

The U.S. Probation Office has filed a petition alleging violations of the terms and
conditions of supervision, and the defendant has been advised of the allegation(s).

The court finds probable cause with regard to the allegation(s) and schedules a
hearing on the petition to be held at the time and date below set forth before Judge
Ronald B. Leighton:

*Date of hearing: February 8, 2012*

*Time of hearing: 9:30am*

1     IT IS ORDERED that the defendant

2     ☐   Be released on an appearance bond, subject to the terms and conditions set
forth thereon.

3

4     ☒   Be detained for failing to show that he/she will not flee or pose a danger to
any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to
be delivered as ordered by the court for further proceedings.

5

6     The clerks shall direct copies of this order to counsel for the United States, to counsel for

the defendant, the United States Marshal and to the United States Probation Office and/or

7

Pretrial Services Office.

8     Dated this 24 day of January, 2012.

9

10

11

12                  Karen L. Strombom
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION- 2